# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

ARK LABORATORY, LLC            Case No. 23-43403-MLO
                                                Chapter 11
    Debtor.                         Honorable Maria L. Oxholm
_____/

JASON W. BANK, solely in his capacity as
Successor Trustee of the Ark Laboratory Trust,     Adv. P. No. 25-04048-mlo

    Plaintiff,

v.

IOPEN WORLD, INC., a Delaware corporation

    Defendant.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2025, I caused to be served a copy of the *Summons in an Adversary Proceeding* and *Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 544, 547, 548, and 550*, by email and first class mail, postage prepaid, on the party at the address listed below:

> Blair Wright, Chief Operating Officer
> IOpen World, Inc.
> 1209 North Orange Street
> Wilmington, DE 19801
> blw@iopenworld.com

Respectfully submitted;

**TAFT STETTINIUS & HOLLISTER, LLP**

By: */s/ Kimberly Ross Clayson*
Judith Greenstone Miller (P29208)
Kimberly Ross Clayson (P69804)
Anthony M. Cimini (P86223)
27777 Franklin Road, Suite 2500
Southfield, Michigan 49034
(248) 351-3000
jgmiller@taftlaw.com
kclayson@taftlaw.com
acimini@taftlaw.com

Dated: March 24, 2025

*Counsel for Plaintiff Jason W. Bank,
Solely in his Capacity as Successor
Trustee of the Ark Laboratory Trust*

171971485v1